Name: Kevin Allesee

Address: 15 19th Ave. #3
Venice, CA 90291

Phone:

Fax:

In Pro Per

FILED

2024 MAY -8 PM 4: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
rsm

BY:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kevin Allesee

Plaintiff

v.

"Sargeant" George, "Officer" Diaz,
"Officer" Cabrera, Cormac Carney,
Hector Orozco, LADOT,
Kevin De Leon et al.    Defendant(s).

CASE NUMBER:

2:24-CV-03859-JLS

Complaint for
Civil Damages &
Jury Demand Requsted
(Enter document title in the space provided above)

The first three people named as Defendants facilitated irreperable harm while breaching civil duty. A conspiracy to violate my rights has occurred. In a Court whereas a Judge should help stop civil harm, they help — only it would not be this way for everyone (in sha'Allah) in this corrupt system). I will amend this complaint again, hopefully before any "Judicial Officer" litigates for the Defense (and "dismisses the case" (in sha'Allah)). I verify all Kevin Allesee ⟶ May 8th, 2024

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT